Jill H. Ford
Chapter 7 Trustee
P.O. Box 5845
Carefree, AZ 85377
Telephone: (480) 575-8250
email: jford@trustee.phxcoxmail.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| LEWIS, ROSALIND DENISE | ) | Case No. 2:10-23291-PHX EPB |
| | ) | |
| | ) | APPLICATION FOR ORDER |
| | ) | FOR PAYMENT OF UNCLAIMED |
| | ) | FUNDS TO THE U.S. |
| Debtor(s). | ) | BANKRUPTCY COURT |
| | ) | |

JILL H. FORD, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 109 | 5-12-21 | Rosalind Denise Lewis<br>12538 W. Willow Ave<br>El Mirage, AZ  85335 | $3415.58 |

The Trustee asks that an order be entered pursuant to Sec 347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $3415.58 to the

Clerk of the Court to be deposited in the Registry thereof.

| | |
|---|---|
| August 20, 2021 | /s/ Jill H. Ford |
| DATE | JILL H. FORD, TRUSTEE |