# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| LEWIS, ROSALIND DENISE | ) | Case No. 2:10-23291-PHX EPB |
| | ) | |
| | ) | ORDER FOR PAYMENT |
| | ) | OF UNCLAIMED FUNDS |
| Debtor(s). | ) | TO THE U.S. BANKRUPTCY |
| | ) | COURT |
| | ) | |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of $3415.58 to the Clerk of the Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.

**SIGNED AND DATED ABOVE**