Jill H. Ford
Chapter 7 Trustee
P.O. Box 5845
Carefree, AZ 85377
Telephone: (480) 575-8250
email: JFORD@TRUSTEE.PHXCOXMAIL.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>LEWIS, ROSALIND DENISE<br><br><br>Debtor(s) | Chapter 7<br><br>Case No. 2:10-23291-PHX EPB<br><br>TRUSTEE'S REQUEST FOR APPROVAL FOR PAYMENT OF ADDITIONAL DIVIDENDS TO CREDITORS |

I, Jill H. Ford, Trustee, report that payment of dividends to creditors was previously approved and that checks were issued to creditors. The trustee has now received a dividend check back in the amount of $4800.00 paid on Claim #1 and a dividend check back in the amount of $140.11 paid on Claim#1I. This Claimant has notified the Trustee in writing that the debt has been satisfied in full and the Trustee requests an additional dividend be paid to the other claimants in accordance with the following:

[PLEADING TITLE] - 1

| Type of Claim | Claim No. | Claim Name | Amount of Claim Allowed | Amount to be Paid |
|---|---|---|---|---|
| Surplus | | Rosalind Denise Lewis<br>12538 W. Willow Ave<br>El Mirage, AZ 85335 | | $4940.11 |

_November 2, 2021_
DATED

_Jill H. Ford_
JILL H. FORD, Trustee

I have reviewed the Trustee's request and authorize the payment of additional dividends as reported above.

11/2/2021
Date

/s/ Carol Popovich for
ILENE LASHINSKY
United States Trustee
District of Arizona

[PLEADING TITLE] - 2