SO ORDERED.

Dated: February 11, 2022

Eddward P. Ballinger Jr., Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:                                          ) Chapter 7
                                                )
LEWIS, ROSALIND DENISE                          ) Case No. 2:10-23291-PHX EPB
                                                )
                                                ) ORDER FOR PAYMENT
                                                ) OF UNCLAIMED FUNDS
            Debtor(s).                          ) TO THE U.S. BANKRUPTCY
                                                ) COURT
                                                )

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of $4940.11 to the

Clerk of the Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.

### SIGNED AND DATED ABOVE